UNITED STATES DISTRICT COURT


FOR THE DISTRICT OF IDAHO


UNITED STATES,

Plaintiff,

v.

JANET ROSE SYLTEN,

Defendant/Petitioner.

Case No. 1:11-cv-00093-EJL
1:09-cr-00242-EJL

JUDGMENT


Based upon this Court's Memorandum Decision and Order, entered herewith, and

the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Defendant/Petitioner take nothing from the Plaintiff and the civil case associated with this

matter is **DISMISSED IN ITS ENTIRETY**.

DATED:  **December 7, 2011**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT** – 1